KEN NAGY (I.S.B. No. 6176)
ATTORNEY AT LAW
P.O. Box 164
Lewiston, Idaho 83501
Telephone: (208) 301-0126
Facsimile: (888) 291-3832
E-mail: knagy@lewiston.com

ATTORNEY FOR PLAINTIFFS


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| INTERMOUNTAIN FAIR HOUSING COUNCIL, INC., and ELENA KARBUSHEVA, | ) ) ) | CASE NO. CV 13-00473-EJL |
| Plaintiffs, | ) ) ) | CORPORATE DISCLOSURE STATEMENT |
| vs. | ) ) | |
| REDWOOD APARTMENTS, REDWOOD APTS. LIMITED LIABILITY PARTNERSHIP, GLENDA J. MORTON, CAROL WATERFALL, and JANICE I. ALEXANDER, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

COMES NOW the Plaintiff Intermountain Fair Housing Council, Inc. and hereby

discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that there is no corporation

that owns 10% or more of its stock.

DATED this __30th__ day of __October_____, 2013.


_____/s/_____
KEN NAGY
ATTORNEY FOR PLAINTIFFS


CORPORATE DISCLOSURE
STATEMENT                    1